Tianyu Ju (SBN: 323817)
Xionghui Murong (SBN: 326314)
Glacier Law LLP
251 South Lake Ave Suite 910
Pasadena, CA 91101
Telephone: 312.448.7772
Facsimile: 312.801.4587
Email: iris.ju@glacier.law
Ben.murong@glacier.law

JS-6

Attorney for *Hefei Morningstar Healthmate Fitness Co., Ltd.*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEFEI MORNINGSTAR HEALTHMATE FITNESS CO., LTD., <br><br> PLAINTIFF, <br><br> V. <br><br> JOY HOME USA INTERNATIONAL CO., LTD AND FUHONG ZHANG <br><br> DEFENDANTS | Case No.: 2:22-cv-04773-FMO-MAR <br><br> **JUDGMENT** <br><br> JUDGE: Fernando M. Olguin, |

    Pursuant to the Court's March 24, 2025 Order (Dkt. 117), and Plaintiff's Notice of Dismissal of the remaining claims in the Complaint, the Court hereby enters FINAL JUDGMENT as follows:

    1. Judgment is entered in favor of Plaintiff and against Defendant Fuhong Zhang on Plaintiff's breach of contract claims for the following contracts:

| Contract No. | Amount |
|---|---|
| HFMS20061 | $92,219 |
| HFMS20062 | $2,000 |
| HFMS20063 | $49,000 |
| HFMS20065 | $197,133 |
| HFMS20067 | $234,052 |
| HFMS20071 | $9,858 |
| HFMS20072 | $6,645 |
| HFMS20073 | $33,399 |
| HFMS20074 | $145,414 |
| HFMS20075 | $6,276 |
| **Total** | **$ 775,996** |

2. Plaintiff's breach of contract claim as to Contract HFMS210163 is denied.

3. The following claims are dismissed with prejudice:

- Count I – Breach of Contract (as to HFMS210163 only);
- Count II – Breach of the Implied Covenant of Good Faith and Fair Dealing;
- Count III – Fraud;
- Count IV – Intentional Misrepresentation;
- Count V – Negligent Misrepresentation;
- Count VI – False Promise;
- Count VII – Breach of Guaranty.

4. The Clerk shall enter judgment and close this case.

IT IS SO ORDERED.                    /s/   Fernando M. Olguin
March 26, 2025                              U.S. DISTRICT JUDGE